1  Audra M. Mori, Bar No. 162850
   AMori@perkinscoie.com
2  Audra Mori, Bar No. 168014
   KDugdale@perkinscoie.com
3  PERKINS COIE LLP
   1888 Century Park E., Suite 1700
4  Los Angeles, CA  90067-1721
   Telephone: 310.788.9900
5  Facsimile:  310.788.3399

6  Attorneys for Plaintiff
   MICROSOFT CORPORATION
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 | MICROSOFT CORPORATION, a              | Case No. 15-cv-8019 AB-JEM
   | Washington corporation,
12 |                                        | **PERMANENT INJUNCTION
   |             Plaintiff,                 | AGAINST DEFENDANT**
13 |
   |   v.                                   |
14 |                                        | The Honorable André Birotte, Jr.
15 | SOFTWAREAU.COM, a business            |
   | entity of unknown form; and DOES 1-    | *[Filed concurrently with Notice of
16 | 5,                                     | Motion; [Proposed] Judgment;
   |                                        | And Declarations of Sue Ventura,
17 |             Defendants.                |  Michael Fuller and Randy Bradley]*

21          ~~GOOD CAUSE HAVING BEEN~~ SHOWN, IT IS HEREBY ORDERED

that Defendant Softwareau.com and its agents, servants, employees, representatives,

successors and assigns, and all those acting in concert or participation with it shall

be, and hereby are, PERMANENTLY ENJOINED and restrained from:

41826-5600.0147/LEGAL129928126.1              -1-

  (a) imitating, copying, or making any other infringing use or infringing distribution, by download delivery or otherwise, of software programs, components, Certificates of Authenticity, end user license agreements ("EULA") or items protected by Microsoft's registered trademarks and service mark, including, but not limited to, the following Trademark Registration Nos.:

  (1) 1,200,236 ("MICROSOFT");
  (2) 1,256,083 ("MICROSOFT");
  (3) 3,625,391 ("MICROSOFT OFFICE");
  (4) 4,459,826 (OFFICE 2012 DESIGN);
  (5) 3,238,869 ("ACCESS");
  (6) 4,365,955 (ACCESS LAUNCH ICON);
  (7) 2,942,050 ("EXCEL");
  (8) 4,355,451 (EXCEL LAUNCH ICON);
  (9) 2,844,710 ("ONENOTE");
  (10) 4,351,584 (ONENOTE LAUNCH ICON);
  (11) 2,188,125 ("OUTLOOK");
  (12) 4,355,446 (OUTLOOK LAUNCH ICON);
  (13) 1,475,795 ("POWERPOINT");
  (14) 4,385,388 (POWERPOINT LAUNCH ICON);
  (15) 4,355,448 (PUBLISHER LAUNCH ICON); and
  (26) 4,355,444 (WORD LAUNCH ICON);

  (b) imitating, copying, or making any other infringing use or infringing distribution of the software programs, components, EULAs, items or things protected by the following Certificates of Copyright Registration:

  (1) TX 7-649-882 ("Office 2013");
  (2) TX 7-674-730 ("Word 2013");
  (3) TX 7-751-917 ("Excel 2013");
  (4) TX 7-751-911 ("PowerPoint 2013");

|    |    |    |    |
|---|---|---|---|
| 1  |    | (5) | TX 7-751-910 ("OneNote 2013"); |
| 2  |    | (6) | TX 7-700-066 ("Outlook 2013"); |
| 3  |    | (7) | TX 7-674-731 ("Publisher 2013"); |
| 4  |    | (8) | TX 7-751-913 ("Access 2013"); and |
| 5  |    | (9) | TX 7-206-468 ("InfoPath 2010"); |

      (c)    imitating, copying, or making any other infringing use or infringing distribution of any other works now or hereafter protected by any of Microsoft's trademarks or copyrights;

      (d)    manufacturing, assembling, producing, distributing, offering for distribution, circulating, selling, offering for sale, advertising, importing, promoting, or displaying any software program, component, Certificate of Authenticity, EULA, item or thing bearing any simulation, reproduction, counterfeit, copy, or colorable imitation of any of Microsoft's registered trademarks or service mark, including, but not limited to, the Trademark and Service Mark Registration Nos. listed in Paragraph (a) above;

      (e)    using any simulation, reproduction, counterfeit, copy, or colorable imitation of Microsoft's registered trademarks or service mark including, but not limited to, the Trademark and Service Mark Registration Nos. listed in Paragraph (a) above, in connection with the manufacture, distribution, offering for distribution, sale, offering for sale, advertisement, promotion, or display of any software, component, Certificate of Authenticity, EULA, item or thing not authorized or licensed by Microsoft;

      (f)    using any false designation of origin or false description which can or is likely to lead the trade or public or individuals erroneously to believe that any software, component, Certificate of Authenticity, EULA, item, or thing has been manufactured, produced, distributed, offered for distribution, advertised, promoted, displayed, licensed, sponsored, approved, or authorized by or for Microsoft, when such is in fact not true;

      (g)    engaging in any other activity constituting an unauthorized and/or illegal distribution of any Microsoft software, component, Certificate of Authenticity, EULA, item, or thing and/or constituting an infringement of any of Microsoft's trademarks, service mark and/or copyrights, or of Microsoft's rights in, or right to use or to exploit these trademarks, service mark, and/or copyrights; and

      (h)    assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in paragraphs (a) through (g) above by acts including, but not limited to, distributing Microsoft product keys decoupled from the software that they were intended to activate, and/or distributing links to websites from which unauthorized copies of Microsoft software can be copied.

IT IS SO ORDERED.

DATED:   June 22, 2016                 _____
                                                     HONORABLE ANDRÉ BIROTTE JR.
                                                     United States District Judge